IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHEAL STRUBE § | |
| Plaintiff, § | |
| § | Docket No. 5:20-cv-00404-FJS-ATB |
| v. § | |
| § | |
| DXC TECHNOLOGY § | |
| SERVICES, LLC, § | |
| Defendant. § | |

**STIPULATION WITHDRAWING MOTION FOR SANCTIONS**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for all parties, that Defendant's Motion for Sanctions (Dkt. No. 38) is hereby withdrawn without prejudice, and once the parties file their stipulation of dismissal, such withdrawal will be with prejudice.

Dated: January 13, 2022

| For Plaintiff | For Defendant |
|---|---|
| *Kelly A. Magnuson* | /s/ Joseph R. Ward III |
| Kelly A. Magnuson, Esq. | JOSEPH R. WARD III (admitted *pro hac vice*) |
| Borrelli & Associates, P.L.L.C. | THE KULLMAN FIRM |
| 910 Franklin Avenue, Suite 200 | 9800 Pyramid Court, Suite 400 |
| Garden City, New York 11530 | Englewood, Colorado 80112 |
| Tel. No. (516) 248-5550 | Phone: 720-447-6682 |
| Fax No. (516) 248-6027 | Fax: 504-596-4114 |
| kam@employmentlawyernewyork.com | E-mail: jrw@kullmanlaw.com |

Date: January 18, 2022      IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge