IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **MICHEAL STRUBE** § | | Docket No. 5:20-cv-00404-FJS-ATB |
| **Plaintiff,** § | | |
| § | | |
| **v.** § | | |
| § | | |
| **COMPUTER SCIENCES** § | | |
| **CORPORATION,** § | | |
| § | | |
| **Defendant.** § | | |

## STIPULATION OF DISMISSMAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michael Strube, and Defendant, Computer Sciences Corporation, having reached a resolution of the claim brought herein by Plaintiff, hereby consent to the dismissal of this case, with prejudice without an award of costs or fees to any party.

**WE ASK FOR THIS:**

| | |
|---|---|
| *Kelly A. Magnuson* (signature)<br>Kelly A. Magnuson, Esq.<br>Borrelli & Associates, P.L.L.C.<br>910 Franklin Avenue, Suite 200<br>Garden City, New York 11530<br>Tel. No. (516) 248-5550<br>Fax No. (516) 248-6027<br>kam@employmentlawyernewyork.com | /s/ Joseph R. Ward III<br>JOSEPH WARD III (admitted *pro hac vice*)<br>THE KULLMAN FIRM<br>9800 Mount Pyramid Court, Suite 400<br>Englewood, Colorado 80112<br>Phone: 720-447-6682<br>Fax: 504-596-4114<br>E-mail: jrw@kullmanlaw.com<br><br>JESSICA MARRERO (NY Bar No. 4936894)<br>RACHEL E. LINZY (admitted *pro hac vice*)<br>The Kullman Firm<br>1100 Poydras Street, Suite 1600<br>New Orleans, LA 70163 |

| | |
|---|---|
| | Phone: (504) 524-4162<br>Fax: (504) 596-4114<br>E-mail: jlm@kullmanlaw.com<br>E-mail: rel@kullmanlaw.com |

IT IS SO ORDERED.

Date: February 22, 2022

Frederick J. Scullin, Jr.
Senior United States District Judge